Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois - Eastern Division

In re   CYBER CONTINUITY CENTER - WEST CHICAGO, L.L.C.         Case No. _____
                                          Debtor(s)            Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FCL Builders, Inc.<br>1150 Spring Lake Drive<br>Itasca, IL 60143 | FCL Builders, Inc.<br>1150 Spring Lake Drive<br>Itasca, IL 60143 | | Contingent<br>Unliquidated<br>Disputed | 15,154,595.00 |
| CenterPoint Properties<br>1808 Swift Drive<br>Oak Brook, IL 60523 | CenterPoint Properties<br>1808 Swift Drive<br>Oak Brook, IL 60523 | | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 7,064,133.42 |
| Russell T. Stern, Jr.<br>3990 Rum Row<br>Naples, FL 34102 | Russell T. Stern, Jr.<br>3990 Rum Row<br>Naples, FL 34102 | | | 2,060,000.00 |
| Sentinel Technologies, Inc.<br>P.O. Box 71419<br>Chicago, IL 60694 | Sentinel Technologies, Inc.<br>P.O. Box 71419<br>Chicago, IL 60694 | | | 742,262.80 |
| Hanson Professional Services, Inc.<br>815 Commerce Drive<br>Suite 200<br>Oak Brook, IL 60523 | Hanson Professional Services, Inc.<br>815 Commerce Drive<br>Suite 200<br>Oak Brook, IL 60523 | | | 212,566.74 |
| Fusion Risk Management<br>3601 Algonquin Road<br>Suite 510<br>Rolling Meadows, IL 60008 | Fusion Risk Management<br>3601 Algonquin Road<br>Suite 510<br>Rolling Meadows, IL 60008 | | | 50,000.00 |
| Environmental Systems Design<br>175 W. Jackson Boulevard<br>Suite 1400<br>Chicago, IL 60604 | Environmental Systems Design<br>175 W. Jackson Boulevard<br>Suite 1400<br>Chicago, IL 60604 | | | 9,292.86 |
| Fitzgerald & Hewes, LLP<br>550 W. Van Buren Street<br>Suite 1450<br>Chicago, IL 60607 | Fitzgerald & Hewes, LLP<br>550 W. Van Buren Street<br>Suite 1450<br>Chicago, IL 60607 | | | 6,750.00 |
| Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668 | Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668 | | | 2,892.65 |
| The Seaton Group, Inc.<br>1105 Stratham Court<br>Schaumburg, IL 60193 | The Seaton Group, Inc.<br>1105 Stratham Court<br>Schaumburg, IL 60193 | | | 2,375.00 |

In re  CYBER CONTINUITY CENTER - WEST CHICAGO, L.L.C.                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EJC International Services, LLC<br>6 Stonewall Court<br>Ringwood, NJ 07456 | EJC International Services, LLC<br>6 Stonewall Court<br>Ringwood, NJ 07456 | | | 2,338.61 |
| The Wire Market<br>2626 E. 82nd Street<br>Suite 220<br>Minneapolis, MN 55425 | The Wire Market<br>2626 E. 82nd Street<br>Suite 220<br>Minneapolis, MN 55425 | | | 1,500.00 |
| Cintas Document Mgt.<br>P.O. Box 633842<br>Cincinnati, OH 45263 | Cintas Document Mgt.<br>P.O. Box 633842<br>Cincinnati, OH 45263 | | | 70.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 29, 2007                    Signature  /s/ Charles Wm. Foster, As Managing Member
                                                 Charles Wm. Foster
                                                 Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.