# EXHIBIT "A"

# **MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL 60093

Matter Number: **0006297.0001**
    07 - General Administration

Invoice Number: **\*\*\*\*\***

Invoice Date: **03/01/2008**

Billing Attorney: **Norman B. Newman**

---

## **FEES THROUGH MARCH 20, 2008**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 08/01/07 | CEM | Telephone call with client regarding status/strategy. | 0.20 |
| 08/02/07 | NBN | Review amended schedules and statement of financial affairs (.40); two telephone calls with B. Lacy regarding same and regarding Trustee fees owing (.30); Telephone conference with J. Heuberger regarding future activities in Chapter 11 case (.30). | 1.00 |
| 08/02/07 | CEM | Reviewed claims register and e-mails with client regarding same. | 0.40 |
| 08/03/07 | CEM | Telephone conference with creditors regarding case status. | 0.20 |
| 08/06/07 | CEM | E-mails with client regarding unsecured claims. | 0.10 |
| 08/09/07 | CEM | Reviewed claim for mechanic's lien. | 0.20 |
| 08/10/07 | CEM | Reviewed proofs of claim by unsecured creditors. | 0.30 |
| 08/13/07 | CEM | Review case docket. | 0.20 |
| 08/17/07 | NBN | Telephone conference with J. Heuberger regarding status. | 0.20 |
| 08/17/07 | CEM | Reviewed proof of claim of mechanics' lien. | 0.20 |
| 08/22/07 | CEM | Telephone conference with creditor regarding status of case. | 0.20 |
| 08/23/07 | NBN | Telephone conference with B. Lacy regarding monthly case receipts and disbursement reports needed. | 0.20 |
| 08/24/07 | NBN | Telephone conference with and correspondences with C. Foster regarding status of dealings with FCL and CenterPoint and case information. | 0.30 |
| 08/29/07 | CEM | Telephone conference with creditor regarding status of case. | 0.10 |
| 09/10/07 | NBN | Telephone conference with B. Lacy regarding 9/20 status hearing and what to be covered. | 0.20 |

---

**PLEASE SEND PAYMENT TO:**
    Much Shelist ▣ 35335 Eagle Way ▣ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▣ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL 60093

Invoice Number: ******

Invoice Date: **03/01/2008**

Matter Number: **0006297.0001**
  07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 09/11/07 | NBN | Telephone conference with M. Weininger regarding CenterPoint efforts to find a buyer. | 0.20 |
| 09/17/07 | NBN | Telephone conference with J. Mosner regarding interest in investing in the project. | 0.20 |
| 09/18/07 | NBN | Review cash receipts and cash disbursement for June and July, 2007. | 0.20 |
| 09/18/07 | CEM | Reviewed e-mails regarding monthly operating reports. | 0.10 |
| 09/18/07 | CEM | Brief review of August monthly operating reports. | 0.20 |
| 09/19/07 | NBN | Telephone conference with M. Fenton regarding 9/20/07 status hearing. | 0.20 |
| 09/19/07 | CEM | Conference with N. Newman regarding case status. | 0.10 |
| 09/20/07 | CEM | Attended status hearing. | 0.80 |
| 09/20/07 | CEM | Two telephone calls with client regarding status of financing and hearing. | 0.30 |
| 09/21/07 | CEM | Brief conference with N. Newman regarding refinancing discussions. | 0.10 |
| 09/24/07 | CEM | Reviewed latest operating report. | 0.20 |
| 09/25/07 | NBN | Meet with C. Foster and B. Lacy regarding status of interest in property and status of Chapter 11 case (.50); telephone conference with D. Welch regarding dealings with FCL (.20). | 0.70 |
| 09/25/07 | CEM | Brief review of recent proof of claim. | 0.20 |
| 09/26/07 | NBN | Telephone conference with M. Richmond and C. Foster regarding status of CenterPoint's dealing with prospective buyers. | 0.30 |
| 10/03/07 | NBN | Review latest proposal for funding and conference call with B. Lacy and A. Weinberg regarding open issues (.90); review suggested revisions to proposal (.30). | 1.20 |
| 10/03/07 | AXW | Conference with N. Newman; Telephone conference with R. Lacy; Review of LA Investors Agreement; | 1.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ⊠ 35335 Eagle Way ⊠ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ⊞ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL 60093

Invoice Number: ******

Invoice Date: **03/01/2008**

Matter Number: **0006297.0001**
  07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 10/08/07 | NBN | Telephone conference with B. Lacy regarding building design rights and rights to payment. | 0.20 |
| 10/11/07 | CEM | Telephone conference with client regarding signed contract for financing. | 0.10 |
| 10/12/07 | NBN | Telephone conference with C. Foster on 10/11 regarding status of loan commitment. | 0.20 |
| 10/24/07 | CEM | Conference with N. Newman regarding status of financing and LOI. | 0.10 |
| 10/26/07 | NBN | Telephone conference with M. Richmond, attorney for CenterPoint regarding status of pending offer (.20); telephone call with C. Foster regarding his communications with CenterPoint (.30). | 0.50 |
| 10/26/07 | CEM | Conference with N. Newman regarding status of client's contract with CenterPoint. | 0.10 |
| 10/29/07 | CEM | Brief review of claim register. | 0.30 |
| 10/30/07 | NBN | Telephone conference with M. Weininger regarding responding to C. Foster letters. | 0.30 |
| 10/30/07 | CEM | Conference with N. Newman regarding status of talks with CenterPoint. | 0.10 |
| 10/31/07 | NBN | Review letter from M. Weininger regarding response to C. Foster letters (.20); telephone call with C. Foster regarding response from CenterPoint and future action (.30). | 0.30 |
| 11/02/07 | NBN | Telephone conference with J. Heuberger regarding proposed sale by CenterPoint. | 0.20 |
| 11/06/07 | NBN | Telephone conference with D. Welch regarding FCL's claim and status of sale transaction. | 0.20 |
| 11/06/07 | CEM | Telephone conference with creditor regarding case status. | 0.10 |
| 11/08/07 | CEM | Conference with N. Newman regarding status of case following sale. | 0.10 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ◼ 35335 Eagle Way ◼ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ◼ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL 60093

Invoice Number: ******

Invoice Date: **03/01/2008**

Matter Number: **0006297.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 11/12/07 | NBN | Telephone conference with M. Weininger and M. Richmond regarding status of sale (.30); review correspondences from and correspondences with B. Lacy regarding sale transaction (.30). | 0.60 |
| 11/15/07 | NBN | Telephone conference with B. Lacy regarding status of CenterPoint transaction and 11/20/07 status hearing. | 0.20 |
| 11/19/07 | CEM | Reviewed emails regarding status and telephone conference with UST's office regarding same. | 0.10 |
| 11/20/07 | CEM | Attended status hearing. | 0.50 |
| 11/20/07 | CEM | Telephone call with attorney for Center Point. | 0.10 |
| 11/21/07 | CEM | Telephone conference with creditor regarding yesterday's hearing. | 0.10 |
| 11/29/07 | NBN | Telephone conference with M. Weininger and B. Lacy regarding status of CenterPoint efforts to find a buyer. | 0.40 |
| 11/29/07 | CEM | Conference with N. Newman regarding status of sale talks. | 0.10 |
| 12/06/07 | NBN | Telephone conference with B. Lacy regarding dealing with CenterPoint. | 0.20 |
| 12/11/07 | CEM | Conference with N. Newman regarding case status. | 0.10 |
| 12/11/07 | CEM | E-mails with U.S. Trustee's Office and with client regarding monthly operating reports. | 0.10 |
| 12/13/07 | CEM | Reviewed monthly operating reports. | 0.10 |
| 12/13/07 | CEM | Attended hearing on case status. | 0.60 |
| 12/13/07 | CEM | E-mails with clients regarding hearing and status. | 0.10 |
| 12/14/07 | CEM | Emails and teleconference with client re: Centerpoint's web site request. | 0.10 |
| 12/19/07 | NBN | Review correspondences from C. Wilkes and telephone call with B. Lacy regarding Trustee quarterly fees. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ◼ 35335 Eagle Way ◼ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ◼ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL 60093

Invoice Number: ******

Invoice Date: **03/01/2008**

Matter Number: **0006297.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 01/09/08 | CEM | E-mails with U.S. Trustee's office regarding monthly operating reports and fees. | 0.10 |
| 01/10/08 | CEM | E-mails with client regarding monthly operating reports and U.S. Trustee fees. | 0.10 |
| 01/24/08 | CEM | Telephone conference with creditor regarding status. | 0.20 |
| 02/11/08 | NBN | Telephone conference with B. Lacy regarding status of Center Point's efforts to resell the project. | 0.20 |
| 02/12/08 | CEM | Conference with client regarding status hearing. | 0.10 |
| 02/13/08 | NBN | Telephone conference with M. Richmond regarding status of CenterPoint efforts to find a buyer. | 0.20 |
| 02/14/08 | CEM | Telephone conference with creditor regarding status and yesterday's hearing. | 0.20 |
| 02/15/08 | CEM | Reviewed newest monthly operating reports. | 0.10 |
| 02/28/08 | CEM | E-mails with client regarding liens on property (.20); reviewed report of liens recorded against property (.20). | 0.40 |
| 02/28/08 | CEM | Telephone conference with client regarding building liens and case strategy. | 0.20 |
| 03/04/08 | CEM | Telephone conference with client regarding status and strategy. | 0.20 |
| 03/13/08 | NBN | REview correspondences from B. Lacy regarding creditors' with remaining claims. | 0.20 |
| 03/13/08 | CEM | Conference with N. Newman regarding dismissal. | 0.10 |
| 03/20/08 | CEM | Telephone conference with clients regarding dismissal and strategies. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cyber Continuity Center-West Chicago, LLC
c/o Charles Wm. Foster
465 Central Ave.
Suite 250
Northfield, IL  60093

**Invoice Number: \*\*\*\*\***

**Invoice Date: 03/01/2008**

Matter Number: **0006297.0001**
 07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| | | Total Hours | 19.10 |
| **Total** | | | **8,661.00** |

**PLEASE SEND PAYMENT TO:**

Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?

E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.